Carl Beard, *pro se*, plaintiff in error; Kenneth E. Evans, State's Attorney of Macon county, Lloyd F. Latendresse, and Roy B. Foster, Assistant State's Attorneys, for defendant in error. Opinion by JUSTICE REYNOLDS. Not to be published in full. Opinion filed March 3, 1953; released for publication March 19, 1953.

## Merle Goldsborough, Plaintiff-Appellee, v. Thurman W. McDavid, Trading as Van Zetti Baking Company and William Eichel, Defendants-Appellants.

Gen. No. 9,870.

Monroe & McGaughey, for appellants; Kenneth E. Evans, and George F. Limerick, for appellee; George F. Limerick, of counsel. Opinion by JUSTICE REYNOLDS. Not to be published in full. Opinion filed March 3, 1953; released for publication March 19, 1953.